

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 4:21CR 00218 KGB |
| | ) | |
| v. | ) | 18 U.S.C. § 922(g)(1) |
| | ) | |
| RODNEL SMITH, | ) | |
| a.k.a. Rodnell Smith | ) | |

## **INDICTMENT**

THE GRAND JURY CHARGES THAT:

### **COUNT 1**

A.  On or about June 9, 2021, the defendant,

RODNEL SMITH,
a.k.a. Rodnell Smith,

had previously and knowingly been convicted of one or more of the following crimes punishable by a term of imprisonment exceeding one year:

1. Commercial Burglary and Theft of Property, in Pulaski County, Arkansas, Circuit Court in Case Number 60CR-01-3010;

2. Possession of a Counterfeit Substance without Prescription, in Pulaski County, Arkansas, Circuit Court in Case Number 60CR-01-4270;

3. Theft by Receiving, in Pulaski County, Arkansas, Circuit Court in Case Number 60CR-02-51;

4. Commercial Burglary and Theft of Property, in Pulaski County, Arkansas, Circuit Court in Case Number 60CR-02-2274;

5. Possession of a Counterfeit Substance without Prescription, in Pulaski County, Arkansas, Circuit Court in Case Number 60CR-04-3186;

6. Furnishing/Possession/Using/Delivering Prohibited Articles, in Faulkner County, Arkansas, Circuit Court in Case Number 23CR-07-2297;

1

7. Possession Controlled Substance, in Pulaski County, Arkansas, Circuit Court in Case Number 60CR-10-4281;

8. Possession with Purpose to Deliver Schedule I/II Controlled Substance, in Pulaski County, Arkansas, Circuit Court in Case Number 60CR-12-1901;

9. Possession with Purpose to Deliver Schedule III Controlled Substance, in Pulaski County, Arkansas, Circuit Court in Case Number 60CR-12-2802;

10. Possession of Schedule I/II Controlled Substance and Possession with Purpose to Deliver Schedule IV/V Controlled Substance, in Pulaski County, Arkansas, Circuit Court in Case Number 60CR-13-3384; and

11. Possession with Purpose to Deliver Schedule I/II Controlled Substance, in Pulaski County, Arkansas, Circuit Court in Case Number 60CR-17-750.

B. On or about June 9, 2021, in the Eastern District of Arkansas, the defendant,

RODNEL SMITH,
a.k.a. Rodnell Smith,

knowingly possessed, in and affecting commerce, a firearm, that is: a Smith and Wesson, model SW40VE, .40 caliber pistol, bearing serial number PDY6381, in violation of Title 18, United States Code, Section 922(g)(1).

3

**FORFEITURE ALLEGATION**

Upon conviction of the offense alleged in Count 1 of this Indictment, the defendant, RODNEL SMITH, a.k.a. Rodnell Smith, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense.

[END OF TEXT.  SIGNATURE PAGE ATTACHED.]