UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATE OF AMERICA

VS.  CASE NO. 4:21-CR-218 KGB

RODNEL SMITH

## SEALED ORDER

Pending before the Court is the Government's Motion for Arrest Warrant (DE #20). For good case shown, the motion is GRANTED. The Clerk is directed to issue and forward to the United States Marshal a warrant for the arrest of Defendant Rodnel Smith. After Defendant's arrest, a revocation hearing will be scheduled so that Defendant may show cause why his pretrial release should not be revoked.

IT IS SO ORDERED this 25th day of January, 2022.

_____
UNITED STATES MAGISTRATE JUDGE